UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 02-22** |
| v. | * | SECTION: "L" |
| **CLAYTON A. LANE** | * | |

\* \* \*

### O R D E R

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that CLAYTON A. LANE appear before this Court on the 12th day of April, 2006 at 2 o'clock p.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 21st day of March, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____